BANK OF YORKTOWN, Appellant, *v.* JOHN P. BOLAND et al., Constituting the New York State Labor Relations Board et al., Respondents.

Argued November 14, 1940; decided December 31, 1940.

*Richard J. Mackey* for appellant.

*Daniel Kornblum* and *Henry A. Silver* for John P. Boland et al., constituting the New York State Labor Relations Board, respondents.

Judgment affirmed, with costs, on the authority of *Matter of Metropolitan Life Ins. Co.* v. *New York State Labor Relations Board* (280 N. Y. 194). No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY and SEARS, JJ.; LEWIS, J., dissents in the following memorandum in which CONWAY, J., concurs:

LEWIS, J. (dissenting). I dissent and vote for a trial of the issues tendered by the pleadings as to whether the provisions of the New York State Labor Relations Law (Labor Law; Cons. Laws, ch. 31) are applicable to, and give to the defendant Labor Relations Board jurisdiction over, the plaintiff, to which has been accorded by law the power to act as a trustee and to perform those other functions peculiar to a bank. A majority of the court rests the decision in the case at bar upon the ruling in *Matter of Metropolitan Life Ins. Co.* v. *New York State Labor Relations Board* (280 N. Y. 194). I believe the decision in that case does not determine the following questions presented by the present action: (1) Does the New York State Labor

Relations Board have jurisdiction over a bank and its employees? (2) Does public policy, as declared by the Legislature in the New York State Labor Relations Act, forbid the application of that statute to a banking institution?